AO 241(Rev. 1/15) (INND Prison Disciplinary Rev. 8/16)                                                                                                              page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*FILED JUN 24 2022 GARY T. BELL, Clerk U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA*

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[*This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.*]

| Name (under which you were convicted): Rafael L. Walker | Case No. [*For a new case in this court, leave blank. The court will assign a case number.*] <br> 3:22-cv-483 |
|---|---|
| Place of Confinement: Wabash Valley Corr. Facility | Earliest Possible Release Date: 11-23-49 |

[*Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.*]

1. Name of facility holding the hearing: Indiana State Prison
   Date of hearing: N/A / N/A / N/A . Case number: ISP 20-04-0323
   Offense: Battery on Staff
   Code # A 11 .   Did you plead guilty? ◯ Yes. ⊘ No.

2. Lost earned credit time? ◯ No. ⊘ Yes, I lost N/A days earned credit time.
   Was the loss of earned credit time suspended? ⊘ No. ◯ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ◯ No. ◯ Yes, it was imposed on: ___/___/_____.

3. Demoted in credit class? ◯ No. ⊘ Yes, I was demoted from Class N/A to Class N/A.
   Was the demotion suspended? ⊘ No. ◯ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ◯ No. ◯ Yes, it was imposed on: ___/___/_____.

4. Appealed to the Superintendent? ◯ No. ⊘ Yes, the result was: Denied

5. Appealed to Final Reviewing Authority? ◯ No. ⊘ Yes, the result was: facility refused to send it

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ⊘ No. ◯ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

   ◯ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ◯ Yes, the money will be paid for me by _____

   ⊘ No, I am filing a Prisoner Motion to Proceed In Forma Pauperis because I have less than $15.00 in my inmate trust account AND I have received less than $15.00 a month during the past six months.

[*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]

BK33

AO 241 (Rev. 1/15) (INND Prison Disciplinary Rev. 8/16)                                                                page 2

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE:** [Briefly describe your claim.] Write up was to cover up staff misconduct and the fact that I was assaulted by staff

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
On 3-10-20 I was assaulted & injured by staff and denied medical treatment. After filing multiple grievance and protective custody request I was assault by staff again for reporting that I was assaulted and filing for protective custody from Sgt. Jeremiah Stone, & Sgt. Adam Eng on 3-23-20 & 3-28-20 where Stone & Eng threaten me and then later assaulted me and force Narcan up my nose causing nose bleed in retailation for "snitching" on them

Did you present Ground One to the Final Reviewing Authority? ☑ Yes. ○ No, because _____

**GROUND TWO:** [Briefly describe your claim.] I was denied all evidence & witnesses

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
DHB denied to take any witness statement are provide me with video summary that I request

Did you present Ground Two to the Final Reviewing Authority? ☑ Yes. ○ No, because _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

BK33

AO 241(Rev. 1/15) (INND Prison Disciplinary Rev. 8/16)                                                                                                          page 3

**GROUND THREE:** *[Briefly describe your claim.]* _____

_____

Supporting Facts: *[Do not argue or cite law. Just state the specific facts that support your claim.]*

_____

Did you present Ground Three to the Final Reviewing Authority? ◯ Yes. ◯ No, because _____

**DOCUMENTS**

I have attached these documents from this disciplinary hearing: *[Check all that apply.]*
- ⊙ Report of Conduct
- ⊙ Screening Report
- ◯ Report of Disciplinary Hearing
- ◯ Letter from the Final Reviewing Authority
- ⊙ Other relevant documents: __Request for Protection Forms__

**RELIEF**

I ask for the following relief: __To recieve all lost credit time back for Conduct report to be removed from my file__ or any other relief to which I may be entitled.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on __6__/__20__/20__22__ at __6:30__ am/**pm**.
*[Do not fill in this date and time until you give this petition to prison officials to send to the court.]*

I declare under <u>penalty of perjury</u> that all of the statements in this petition are true.

__Rafael Walker__                                                                                 __16667__
Signature                                                                                                    Prisoner Number

*[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]*

BK33